**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 124 MAL 2018

                       Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

                  v.   :

MARIO MEDINA,   :

                      Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.